UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                       CASE NO: 2:02-cr-117-FtM-29

JIMMIE LEE BYRD

_____

**OPINION AND ORDER**

This matter comes before the Court on Petitioner's Independent Action in Equity and Motion to Vacate Judgment of Sentence Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6) and Rule 60(d) (Doc. #711) filed on March 28, 2016, and defendant's Motion Seeking To Place Petitioner's Motion For Relief From Judgment in the Appropriate Docket Position and to Expedite the Ruling (Doc. #712) filed on May 2, 2016.

Defendant's motion for an expedited ruling will be granted to the extent that the Court is considering the motion herein.  As to the underlying motion, that will be dismissed in part and denied in part.  There is no independent action in equity that defendant could bring to provide the Court with jurisdiction to review his criminal conviction in this case.  Defendant has taken a direct appeal and has filed a previous petition under 28 U.S.C. § 2255, and both were decided.  (Docs. ## 625, 654.)  Any second or successive petition under § 2255 must be authorized by the Eleventh Circuit Court of Appeals.  28 U.S.C. § 2255(h).  While a motion

under Rule 60(b) may sometimes be utilized in the context of a § 2255 petition, <u>Gonzalez v. Crosby</u>, 545 U.S. 524, 532 (2005), the requirements of <u>Gonzalez</u> have not been satisfied in this case.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Motion Seeking To Place Petitioner's Motion For Relief From Judgment in the Appropriate Docket Position and to Expedite the Ruling (Doc. #712) is **GRANTED** to the extent stated herein.

2. Defendant's Petitioner's Independent Action in Equity and Motion to Vacate Judgment of Sentence Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6) and Rule 60(d) (Doc. #711) is **DISMISSED** as to the "independent action in equity" and is otherwise **DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this __15th__ day of June, 2016.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Jimmie L. Byrd